# EXHIBIT A

|    | A | B | C | D |
|----|---|---|---|---|
| 13 | CLAIMANT | CHECK DATE | CHECK AMOUNT | DEBTOR SOFA |
| 14 | PORTECK | 1/4/2018 | $266,363.00 | PHYSICIANS PRACTICE PLUS, LLC |
| 15 |  | 12/20/2018 | $36,281.00 | PHYSICIANS PRACTICE PLUS, LLC |
| 16 |  | 1/19/2018 | $37,606.00 | PHYSICIANS PRACTICE PLUS, LLC |
| 17 |  | 3/7/2018 | $290,438.00 | PHYSICIANS PRACTICE PLUS, LLC |
| 18 | 90 DAY TOTAL |  | $630,688.00 |  |