UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08050 (AST) |
| Plaintiff, | |
| v. | |
| PORTECK CORPORATION; VISIENT CORP D/B/A. PORTECK CORPORATION, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss:
COUNTY OF NEW YORK  )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748

On March 16, 2020, I caused the: (1) *Summons in an Adversary Proceeding*; and (2) *Complaint For Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* to be served upon the parties listed on the Service List attached hereto by: (i) First Class Mail; and/or (ii) by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                */s/ La Asia S. Canty*
                 La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
30th day of April, 2020

*/s/ Rhea S. Cheltenham*
RHEA S. CHELTENHAM

NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6362269
Qualified in Kings County
Commission Expires July 31, 2021

## SERVICE LIST

VISIENT CORP. F/K/A PORTECK CORPORATION
ATTN: ARVIND WALIA, CEO
3 FARMWOOD LANE
UPPER BROOKVILLE, NY 11545

PORTECK CORPORATION
347 5TH AVENUE ROOM 500
NEW YORK, NY 10016-5007

STEVEN LANDY & ASSOCIATES, PLLC
ATTN: STEVE LANDY, ESQ.
270 MADISON AVENUE, SUITE 1400
NEW YORK, NY 10016



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): WALIA    C. Date of Delivery: 3/18 |
| 1. Article Addressed to:<br><br>Visient Corp. f/k/a Porteck Corporation<br>Attn: Arvind Walia, CEO<br>3 Farmwood Lane<br>Upper Brookville, NY 11545<br><br>9590 9402 5009 9063 2092 49 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 2. Article Number (Transfer from service label)<br>7003 3110 0003 6621 3185 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt