UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

ORION HEALTHCORP, INC[1].

                                                Debtors.

-------------------------------------------------------------X

HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP, INC., ET AL.,

                                                Plaintiff,

v.

PORTECK CORPORATION; VISIENT CORP
D/B/A PORTECK CORPORATION,

                                                Defendants.

-------------------------------------------------------------X

Case No. 18-71748 (AST)
(Jointly Administered)

Chapter 11

Adv. Pro. No. 20-08050 (AST)

## JUDGMENT BY DEFAULT

Default was entered against Defendants Porteck Corporation and Visient Corp d/b/a Porteck Corporation (the "Defendants"), on _____. Therefore, on the motion of the Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al., (the "Plaintiff"), judgment is hereby entered against the Defendants in favor of the Plaintiff as follows.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

**IT IS ORDERED THAT:**

1. The Plaintiff has judgment against the Defendants in this Adversary Proceeding for the amount of $630,688.00, plus judgment interest from the date of entry of judgment at the federal judgment rate until paid in full.

2. The Plaintiff shall have execution thereon.

3. The Plaintiff shall have all the rights and remedies afforded to a judgment creditor by law.

4. The Plaintiff may enforce this Judgment against Defendants as allowed by applicable law.