UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

ORION HEALTHCORP, INC[1].

                                               Debtors.

-------------------------------------------------------------X

HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP, INC., ET AL.,

                                               Plaintiff,

v.

PORTECK CORPORATION; PORTECK
CORPORATION D/B/A VISIENT CORP.,

                                             Defendants.

-------------------------------------------------------------X

Case No. 18-71748 (AST)
(Jointly Administered)

Chapter 11

Adv. Pro. No. 20-08050 (AST)

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

The above named Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee

of Orion Healthcorp, Inc., et al., (the "Plaintiff") commenced this adversary proceeding on

March 14, 2020, against the above named defendants Porteck Corporation and Porteck

Corporation d/b/a Visient Corp. (the "Defendants"), seeking a judgment for Avoidance and

Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 and Objection to Claim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

Nos. 10059, 10060, and 10069; and the Summons and Complaint were served on the Defendants on March 16, 2020; and the Defendants have failed to answer the complaint or otherwise move with respect to the complaint; and the Plaintiff filed and served the instant motion pursuant to Federal Rule of Civil Procedure 55, as incorporated by Federal Rule of Bankruptcy Procedure 7055, seeking entry of a default judgment against Porteck Corporation and Porteck Corporation d/b/a Visient Corp. (the "Motion"); and no opposition to the Motion has been filed with the Court; and the Court has determined after due deliberation that sufficient cause exists to grant the Motion and that the Plaintiff is entitled to the relief sought in the Motion, it is hereby

ORDERED, that the Motion for default judgment is hereby granted.